NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
18881 Von Karman Ave., Ste 850
Irvine , CA 92612
Tel: (949) 825-5200
Fax: (949) 313-5001

CLEAR FORM

ATTORNEY(S) FOR:  Plaintiff: GUADALUPE BARRAGAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE BARRAGAN, as Personal Representative of the Estate of FRED BARRAGAN and individually; <br> v. <br> Plaintiff(s), | CASE NUMBER: |
| CITY OF LOS ANGELES, a Governmental Entity; HECTOR ALMEDA, Individually; and DOES 1 Through 10, <br> Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    GUADALUPE BARRAGAN

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| GUADALUPE | Mother of Decedant, FRED BARRAGAN |

12/6/2017
_____
Date

_____
Signature

Attorney of record for (or name of party appearing in pro per):

CAMERON SEHAT, Atty for Pltf GUADALUPE BARRAGAN