**MICHAEL N. FEUER**, City Attorney - SBN 111529x
**THOMAS H. PETERS,** Chief Assistant City Attorney - SBN 163388
**CORY M. BRENTE**, Assistant City Attorney – SBN 115453
**MICHAEL R. AMERIAN**, Deputy City Attorney - SBN 207610
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA  90012
E-mail: michael.amerian@lacity.org
Phone No.:  (213) 978-7043 Fax No.: (213) 978-8785

Attorneys for Defendants CITY OF LOS ANGELES and OFFICER HECTOR ALMEDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE BARRAGAN, as Personal Representative of the Estate of FRED BARRAGAN and individually;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Governmental Entity; HECTOR ALMEDA, Individually; and DOES 1 Through 10,<br><br>Defendants. | CASE NO. CV17-04364 R (AGRx)<br><br>**ANSWER OF DEFENDANTS CITY OF LOS ANGELES, OFFICER HECTOR ALMEDA, and DOES 1 THROUGH 10 TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

COMES NOW, Defendants CITY OF LOS ANGELES and OFFICER HECTOR ALMEDA answering the Plaintiff's Complaint for Damages for themselves and for no other party, admitting, denying, and alleging as follows:

1.  Answering paragraph 1, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

2. Answering paragraph 2, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

3. Answering paragraph 3, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4. Answering paragraph 4, defendants admit the allegations contained therein, except for the allegations pertaining to as yet unnamed Doe Defendants, which are denied for lack of sufficient information and belief.

5. Answering paragraph 5, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6. Answering paragraph 6, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7. Answering paragraph 7, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8. Answering paragraph 8, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering paragraph 9, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10. Answering paragraph 10, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11. Answering paragraph 11, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12. Answering paragraph 12, defendants admit the allegations contained therein.

13. In answering paragraph 13, of Plaintiff's Complaint, these Defendants incorporate by reference their answers to paragraphs 1 through 12, of Plaintiff's Complaint and by this reference incorporate the same herein.

14. Answering paragraph 14, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15. Answering paragraph 15, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16. Answering paragraph 16, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17. Answering paragraph 17, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

18. Answering paragraph 18, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19. Answering paragraph 19, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20. Answering paragraph 20, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21. Answering paragraph 21, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22. Answering paragraph 22, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering paragraph 23, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24. Answering paragraph 24, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25. In answering paragraph 25 of Plaintiff's Complaint, these Defendants incorporate by reference their answers to paragraphs 1-2 and 14-24 of Plaintiff's Complaint and by this reference incorporate the same herein.

26. Answering paragraph 26, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

27. Answering paragraph 27, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

28. Answering paragraph 28, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

29. Answering paragraph 29, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

30. Answering paragraph 30, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31. Answering paragraph 31, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

32. Answering paragraph 32, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33. In answering paragraph 33 of Plaintiff's Complaint, these Defendants incorporate by reference their answers to paragraphs 1-2 and 14-24 of Plaintiff's Complaint and by this reference incorporate the same herein.

34. Answering paragraph 34, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

35. Answering paragraph 35, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

36. Answering paragraph 36, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

37. Answering paragraph 37, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

38. In answering paragraph 38 of Plaintiff's Complaint, these Defendants incorporate by reference their answers to paragraphs 1-2 and 14-24 of Plaintiff's Complaint and by this reference incorporate the same herein.

39. Answering paragraph 39, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

40. Answering paragraph 40, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

41. Answering paragraph 41, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

42. Answering paragraph 42, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

43. Answering paragraph 43, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

44. Answering paragraph 44, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

45. In answering paragraph 45 of Plaintiff's Complaint, these Defendants incorporate by reference their answers to paragraphs 1-2 and 14-24 of Plaintiff's Complaint and by this reference incorporate the same herein.

46. Answering paragraph 46, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

47. Answering paragraph 47, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

48. Answering paragraph 48, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

49. Answering paragraph 49, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

50. Answering paragraph 5, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

51. In answering paragraph 51 of Plaintiff's Complaint, these Defendants incorporate by reference their answers to paragraphs 1-2 and 14-24 of Plaintiff's Complaint and by this reference incorporate the same herein.

52. Answering paragraph 52, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

53. Answering paragraph 53, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54. Answering paragraph 54, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

55. Answering paragraph 55, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

56. Answering paragraph 56, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

57. In answering paragraph 57 of Plaintiff's Complaint, these Defendants incorporate by reference their answers to paragraphs 1-2 and 14-24 of Plaintiff's Complaint and by this reference incorporate the same herein.

58. Answering paragraph 58, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

59. Answering paragraph 59, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

60. Answering paragraph 60, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

61. In answering paragraph 61 of Plaintiff's Complaint, these Defendants incorporate by reference their answers to paragraphs 1-2 and 14-24 of Plaintiff's Complaint and by this reference incorporate the same herein.

62. Answering paragraph 62, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

63. Answering paragraph 63, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

64. Answering paragraph 64, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

65. Answering paragraph 65, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

66. Answering paragraph 66, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

67. Answering paragraph 67, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

68. Answering paragraph 68, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

69. In answering paragraph 69 of Plaintiff's Complaint, these Defendants incorporate by reference their answers to paragraphs 1-2 and 14-24 of Plaintiff's Complaint and by this reference incorporate the same herein.

70. Answering paragraph 70, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

71. Answering paragraph 71, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

72. Answering paragraph 72, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

73. Answering paragraph 73, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

74. Answering paragraph 74, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

75. Answering paragraph 75, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## **AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses, defendant alleges each of the following:

1. The damages alleged were directly and proximately caused and contributed to by the negligence of FRED BARRAGAN ("BARRAGAN"), and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

2. The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

3. BARRAGAN had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

4. The force used against BARRAGAN, if any, was caused and necessitated by the actions of BARRAGAN, and was reasonable and necessary for self-defense.

5. The force used against BARRAGAN, if any, was caused and necessitated by the actions of BARRAGAN, and was reasonable and necessary for the defense of others.

6. The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

7. The action should be abated in that all of the heirs of decedent have not been joined as parties.

8. The action is barred for lack of standing to sue.

9. Plaintiff failed to mitigate his/her damages.

10. As to the federal claims and theories of recovery, the answering defendant is protected from liability under the doctrine of qualified immunity, because defendant's

conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

11. Defendant City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.

12. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Cal. Gov't Code §§ 815.2, 818, 820.2, 820.4, and 820.8.

## DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

WHEREFORE, Defendants pray for judgment as follows:

1. That plaintiff takes nothing by this action;
2. That the action be dismissed;
3. That defendants be awarded costs of suit;
4. That defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

Dated: July 12, 2017       **MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By:_____/S/ *Michael Amerian*_____
   **MICHAEL R. AMERIAN**, Deputy City Attorney

*Attorneys for Defendants* CITY OF LOS ANGELES and OFFICER HECTOR ALMEDA