**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
18881 Von Karman Ave., Ste. 850
Irvine, CA 92612
Telephone: (949) 825-5200
Facsimile: (949) 313-5001

*Attorneys for Plaintiff*,
Guadalupe Barragan.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUADALUPE BARRAGAN, as Personal Representative of the Estate of FRED BARRAGAN and individually;** | Case No.: 2:17-cv-04364-R-AGR |
| | [*Honorable Manuel L. Real*] |
| | **PLAINTIFF'S EXHIBIT LIST** |
| **Plaintiff,** | |
| v. | FPTC: June 11, 2018 |
| | Jury Trial: July 10, 2018 |
| **CITY OF LOS ANGELES, a Governmental Entity; HECTOR ALMEDA, individually and DOES 1 through 10,** | |
| **Defendants.** | |

Plaintiff GUADALUPE BARRAGAN hereby submits the following Exhibit List to be used at the time of trial:

1   Case No.: 2:17-cv-04364-R-AGR

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Incident Recall [CLA 0023-0033] | | |
| 2. | LAPD Manual Use of Force [CLA 0089-0092] | | |
| 3. | LAPD Use of Force Tactics Directive [CLA 0093-0097] | | |
| 4. | LAPD Manual Section Revised [CLA 0098] | | |
| 5. | Department Manual Volume I Revised [CLA-0099-0101] | | |
| 6. | Portions of Peace Officer Standards and Training, Learning Domain 20 – Use of Force | | |
| 7. | Portions of the Autopsy Report | | |
| 8. | Diagram of Scene | | |
| 9. | Transcript of Hollenbeck Frequency | | |
| 10. | Photographs of the Scene | | |
| 11. | Photographs of Fred Barragan on Scene | | |
| 12. | Photographs of Fred Barragan at Autopsy | | |
| 13. | Photographs of Fred Barragan and Family | | |
| 14. | Video of the Shooting | | |
| 15. | Enhanced Video of the Shooting | | |
| 16. | Cell Phone Video (I) | | |
| 17. | Cell Phone Video (II) | | |
| 18. | Google Maps Images of the Incident | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Location |  |  |
| 19. | Fred Barragan Loss of Earnings |  |  |
| 20. | Fred Barragan Funeral Expenses |  |  |
| 21. | Audio Recorded Interview of Officer Hector Almeda (I) |  |  |
| 22. | Transcript of Interview of Officer Hector Almeda (I) |  |  |
| 23. | Audio Recorded Interview of Officer Hector Almeda (II) |  |  |
| 24. | Transcript of Interview of Officer Hector Almeda (II) |  |  |
| 25. | Audio Recorded Interview of Officer David Manriquiz |  |  |
| 26. | Transcript of Interview of Officer David Manriquiz |  |  |
| 27. | Audio Recorded Interview of Chad Corona |  |  |
| 28. | Transcript of Interview of Chad Corona |  |  |
| 29. | Audio Recorded Interview of Henry Hsieh |  |  |
| 30. | Transcript of Interview of Henry Hsieh |  |  |
| 31. | Audio Recorded Interview of Nora Puga |  |  |
| 32. | Transcript of Interview of Nora Puga |  |  |
| 33. | Audio Recorded Interview of Jose Victorino |  |  |
| 34. | Transcript of Interview of Jose Victorino |  |  |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 35. | Audio Recorded Interview of Rene Campos | | |
| 36. | Transcript of Interview of Rene Campos | | |
| 37. | Audio Recorded Interview of Tomas Carrillo | | |
| 38. | Transcript of Interview of Tomas Carrillo | | |
| 39. | Audio Recorded Interview of Maria Ruelas | | |
| 40. | Transcript of Interview of Maria Ruelas | | |
| 41. | Audio Recorded Interview of OJ Torres (I) | | |
| 42. | Transcript of Interview of OJ Torres (I) | | |
| 43. | Audio Recorded Interview of OJ Torres (II) | | |
| 44. | Transcript of Interview of OJ Torres (II) | | |
| 45. | Audio Recorded Interview of Officer Michael Rodriguez | | |
| 46. | Transcript of Interview of Officer Michael Rodriguez | | |
| 47. | Audio Recorded Interview of Lieutenant I Christopher Mayberry (I) | | |
| 48. | Audio Recorded Interview of Lieutenant I Christopher Mayberry (II) | | |
| 49. | Transcript of Interview of Lieutenant I Christopher Mayberry | | |
| 50. | Audio Recorded Interview of Officer Ethan Sillers | | |
| 51. | Transcript of Interview of Officer Ethan | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Sillers |  |  |
| 52. | Video Recording - BWV 1 |  |  |
| 53. | Video Recording - BWV 2 |  |  |
| 54. | Video Recording - BWV 3 |  |  |
| 55. | Video Recording - BWV 4 |  |  |
| 56. | Video Recording - BWV 5 |  |  |
| 57. | Video Recording - DICV 1 |  |  |
| 58. | Video Recording - DICV 2 |  |  |
| 59. | Video Recording - DICV 3 |  |  |

Dated: May 21, 2018        **THE LAW OFFICES OF DALE K. GALIPO**

/s/        *Marcel F. Sincich*
Dale K. Galipo, Esp.
Marcel F. Sincich, Esq.
*Attorney for Plaintiff*


Dated: May 21, 2018        **THE SEHAT LAW FIRM, PLC**

/s/        *Cameron Sehat*
Cameron Sehat, Esq.
*Attorney for Plaintiff*