**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
18881 Von Karman Ave., Ste. 850
Irvine, CA 92612
Telephone:  (949) 825-5200
Facsimile: (949) 313-5001

*Attorneys for Plaintiff,*
Guadalupe Barragan.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUADALUPE BARRAGAN, as Personal Representative of the Estate of  FRED BARRAGAN and individually;** | Case No.: 2:17-cv-04364-R-AGR |
| | [*Honorable Manuel L. Real*] |
| **Plaintiff,** | **PLAINTIFF'S WITNESS LIST** |
| **v.** | FPTC:        June 11, 2018 |
| **CITY OF LOS ANGELES, a Governmental Entity;  HECTOR ALMEDA, individually and DOES 1 through 10 ,** | Jury Trial:   July 10, 2018 |
| **Defendants.** | |

Plaintiff GUADALUPE BARRAGAN hereby submits the following

Exhibit List to be used at the time of trial:

| Witness | Description | Time for Direct | Time for Cross |
|---|---|---|---|
| 1. Officer Hector Almeda | Shooting officer, he will testify as to the information known to him and the circumstances of his use of deadly force against Fred Barragan. | 3.0 hours | |
| 2. Officer David Manriquez | Shooting officer's partner, he will testify as to the circumstances of the incident. | 3.0 hours | |
| 3. Detective II Blair Grabiak | FID Detective, he will testify as to the information and circumstances of the investigation. | 2.0 hours | |
| 4. Criminalist II Kathleen Alvarado | Criminologist, she will testify as to the information and circumstances of the evidence collection and analysis. | 1.5 hours | |
| 5. Senior Criminalist Debra Gibson | Criminalist, she will testify as to the analysis of the Gunshot Residue testing. | 0.5 hours | |
| 6. Print Specialist III Arthur Gerio | Technical Investigation Division Forensic Print Specialist, information regarding examined recovered pistol | 0.5 hours | |
| 7. Criminalist II Matie Donnelly | Criminalist, she will testify as to the analysis of the Serology/DNA testing. | 0.5 hours | |
| 8. Commanding Officer Captain III Ruby Flores | Will testify as to Officer Almeda's training. | 0.5 hours | |
| 9. Captain I Alfredo Labrada | Will testify as to statements captured on the BWV | 0.5 hours | |
| 10. Detective Dwain Anderson | FID Detective, he will testify as to the information | 0.5 hours | |

PLAINTIFF'S WITNESS LIST

| Witness | Description | Time for Direct | Time for Cross |
|---|---|---|---|
| | and circumstances of the investigation. | | |
| 11. Officer Michael Rodriguez | Tactical Flight Officer, assigned Unit Air 3, will testify as what he observed | 0.5 hours | |
| 12. Lieutenant I Christopher Mayberry | Hollenbeck Watch Commander, incident commander of officer involved shooting | 0.5 hours | |
| 13. Officer Ethan Sillers | Responding officer will testify as to facts and circumstances of incident. | 0.5 hours | |
| 14. Chad Corona | Firefighter/Paramedic – treatment and transport of Fred Barragan | 0.5 hours | |
| 15. Henry Hsieh | Firefighter/Paramedic – treatment and transport of Fred Barragan | 0.5 hours | |
| 16. Antonio Rodriguez | Witness to the incident, he will testify as to the facts and circumstances of the incident. | 1.5 hours | |
| 17. Nora Puga | Witness to the incident, he will testify as to the facts and circumstances of the incident. | 0.75 hours | |
| 18. Jose Victorino | Witness to the incident, he will testify as to the facts and circumstances of the incident. | 0.75 hours | |
| 19. Rene Campos | Witness to the incident, he will testify as to the facts and circumstances of the incident. | 0.75 hours | |
| 20. Tomas Carrillo | Witness to the incident, he will testify as to the facts and circumstances of the | 0.75 hours | |

3                         Case No.: 2:17-cv-04364-R-AGR

| Witness | Description | Time for Direct | Time for Cross |
|---|---|---|---|
| | incident. | | |
| 21.  Maria Ruelas | Witness to the incident, he will testify as to the facts and circumstances of the incident. | 0.75 hours | |
| 22.  OJ Torres | Witness to the incident, he will testify as to the facts and circumstances of the incident. | 0.75 hours | |
| 23. Coroner Investigator Kristina McGuire | Coroner Investigator, she will testify as to the information and circumstances of the coroner investigation. | 0.5 hours | |
| 24. Coroner Doctor David Whiteman, M.D. | Medical examiner, he will testify as to the facts and information from the autopsy of Fred Barragan. | 1.5 hours | |
| 25.  - - | Police Practices Expert | 2 hours | |
| 26.  - - | Video Expert | 0.75 hours | |
| 27.  - - | Medical Expert | 0.75 hours | |
| 28.  - - | Defense Expert (I) | 2 hours | |
| 29.  - - | Defense Expert (II) | 2 hours | |
| 30.  - - | Defense Expert (III) | 2 hours | |
| 31.  - - | Defense Expert (IV) | 2 hours | |

Plaintiff respectfully reserves the right to amend and modify the witness list.

Dated:  May 21, 2018        **THE LAW OFFICES OF DALE K. GALIPO**

/s/         *Marcel F. Sincich*
Dale K. Galipo, Esp.
Marcel F. Sincich, Esq.
*Attorney for Plaintiff*

1

2

3    Dated: May 21, 2018                    **THE SEHAT LAW FIRM, PLC**

4                                           _/s/_____ _Cameron Sehat_
                                            Cameron Sehat, Esq.
5                                           _Attorney for Plaintiff_

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28