MICHAEL N. FEUER, City Attorney - SBN 111529
THOMAS H. PETERS, Chief Assistant City Attorney – SBN 163388
CORY M. BRENTE, Assistant City Attorney – SBN 115453
LISA W. LEE, Deputy City Attorney – SBN 186495
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7032
Fax No.:    (213) 978-8785
Email: lisa.lee@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
HECTOR ALMEDA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE BARRAGAN, as Personal Representative of the Estate of FRED BARRAGAN and individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Governmental Entity; HECTOR ALMEDA, individually; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:17-cv-04364-R-AGR<br><br>**DEFENDANTS' EXHIBIT LIST**<br><br>Pretrial Conference<br>Date:      June 11, 2018<br>Time:      11:00 a.m.<br>Ctrm.:     880<br>Judge      Hon. Manuel L. Real<br><br>Trial Date: July 11, 2018 |

**TO THE HONORABLE COURT AND TO PLAINTIFF HEREIN:**

**PLEASE TAKE NOTICE THAT** Defendants hereby submit their Exhibit List. Defendants reserve the right to amend, supplement or revise this list, and to

use any exhibits designated by Plaintiff.

## DEFENDANTS' EXHIBIT LIST

| No. | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| **DEFENDANTS' EXHIBITS** | | | | | |
| 1. | Los Angeles Police Department Investigative Report for Attempt Murder, DR Nos. 1704-07867 & 1704-07878 dated March 25, 2017. | | | | |
| 2. | Consolidated Criminal History System Report and Criminal Information Index Rap Sheet for Fred Barragan | | | | |
| 3. | Los Angeles Police Department, Watch Commanders' Daily Reports, Sergeants' Daily Reports, Supervisor's Daily reports, dated March 24-25, 2017. | | | | |
| 4. | Incident Recall printouts for responding officers | | | | |
| 5. | LAPD, Property Reports and Follow-up Investigation Report for Items 1 through 19, DR 1704-07797, and Property Report for Items 1-23, DR 1704-07867 | | | | |
| 6. | Los Angeles County Department of Coroner, Autopsy Report for Fred Barragan, Case No. 2017-02397 | | | | |
| 7. | Autopsy photographs of Fred Barragan | | | | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.: 2:17-CV-04364-R-AGR
DEFENDANTS' EXHIBIT LIST

| No. | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 8. | Los Angeles County Department of Coroner, Laboratory Analysis Summary Report, Coroner Case No. 2017-02397, dated June 8, 2017 | | | | |
| 9. | Property Items Nos. 1-19 and 1-23 as indicated on Property Reports referenced herein | | | | |
| 10. | Laboratory notes | | | | |
| 11. | LAPD FSD Bullet/Cartridge Comparison Report, DR 1704-07797, dated November 2, 2017 | | | | |
| 12. | Los Angeles County Coroner, Gunshot Residue Analysis report for Barragan, Coroner Case No. 2017-02397 dated April 14, 2017 | | | | |
| 13. | Los Angeles Police Department, Forensic Science Division, Bullet Path Analysis Report, DR 1704-07797 dated August 2, 2017 | | | | |
| 14. | Los Angeles Police Department, Forensic Science Division, Test Fire for Barragan's pistol and Bullet/Cartridge Comparison, DRs 1704-07797 and 1704-07867, dated August 15, 2017. | | | | |
| 15. | Los Angeles Police Department, Forensic Science Division, Clothing Analysis-Distance Determination report, DR | | | | |

| No. | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|-----|-------------|------------------|------------------|-----------------|---------------|
|     | 1704-07797, November 14, 2017 | | | | |
| 16. | Los Angeles Police Department, Forensic Science Division, Render Firearm Safe Report, DR 1704-07797, August 1, 2017 | | | | |
| 17. | Bureau of Alcohol, Tobacco, Firearms and Explosives National Tracin Center Firearms Trace Summary and Report of Investigation for Barragan's pistol dated march 31, 2017 and April 17, 2017 | | | | |
| 18. | LAPD FSD Test Fire-Firearm Report for Officer Almeda's pistol, dated June 27, 2017 | | | | |
| 19. | LAPD, Preliminary Investigation Report for Burglary, DR No. 0511-23692, dated September 7, 2005 | | | | |
| 20. | LAPD Communications recordings relating to incident | | | | |
| 21. | Transcript of LAPD communication recordings relating to incident | | | | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.: 2:17-CV-04364-R-AGR
DEFENDANTS' EXHIBIT LIST

| No. | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|-----|-------------|------------------|------------------|-----------------|---------------|
| 22. | Real-Time Analysis and Critical Response (RACER) Notification Logs. | | | | |
| 23. | Assessment of Supervisor's Response to a Categorical Use of Force, dated March 27, 2017 | | | | |
| 24. | Documents to respond to *Monell* allegations. | | | | |
| 25. | DICV from responding unit vehicles | | | | |
| 26. | Body Worn Videos from Officer E. Sillers | | | | |
| 27. | Body Worn Videos from Officer A. Maldonado | | | | |
| 28. | Surveillance video from Pizza, Beer and Wings | | | | |
| 29. | Enhanced video from Pizza, Beer and Wings | | | | |
| 30. | Video stills from Pizza, Beer and Wings | | | | |
| 31. | Surveillance video from Chase Bank | | | | |
| 32. | Video stills from Chase Bank | | | | |
| 33. | Photographs depicting incident scene | | | | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.: 2:17-CV-04364-R-AGR
DEFENDANTS' EXHIBIT LIST

| No. | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|-----|-------------|------------------|------------------|-----------------|---------------|
| 34. | Photographs depicting clothing worn by Barragan | | | | |
| 35. | Photographs depicting location of Barragan's body, gun and other items from incident scene | | | | |
| 36. | Various maps of incident area | | | | |
| 37. | Google earth images of incident area | | | | |
| 38. | LAFD dispatch history printout, dated March 25, 2017 | | | | |
| 39. | Recordings from LAFD re response to incident scene | | | | |
| 40. | Social media postings by Fred Barragan | | | | |
| 41. | Photographs of gang shooting incident, including location of casings found that match Barragan's gun (gun recovered from officer involved shooting incident) | | | | |
| 42. | FSD testing regarding DNA | | | | |
| 43. | FSD testing regarding fingerprints/serology | | | | |
| 44. | LAPD FSD Evidence Collection Report, August 2, 2017 | | | | |
| 45. | LAPD Investigative Report for ADW on a Police Oficer, DR 0704-07797, | | | | |

CASE NO.: 2:17-CV-04364-R-AGR
DEFENDANTS' EXHIBIT LIST

| No. | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|-----|-------------|------------------|------------------|-----------------|---------------|
|     | dated March 28, 2017 | | | | |
| 46. | LAPD Follow-up Investigation Report for ADW on a Police Officer, DR 0704-07797, dated April 13, 2017 | | | | |
| 47. | Demonstrative diagrams and illustrations as attached to Rule 26 Report from expert Rick Webb | | | | |
| 48. | Demonstrative diagrams and illustrations as attached to Rule 26 Report from expert Rocky Edwards | | | | |

The signatory parties reserve the **right to amend** this Exhibit List.

Dated: May 21, 2018          BURKE, WILLIAMS & SORENSEN, LLP


                             By: _/s/ Susan E. Coleman_____
                                 Susan E. Coleman

                             Attorneys for Defendant
                             HECTOR ALMEDA

Dated: May 21, 2018          MICHAEL N. FEUER, City Attorney
                             THOMAS H. PETERS, Chief Assistant City Attorney
                             CORY M. BRENTE, Senior Assistant City Attorney


                             By: _/s/ Lisa W. Lee_____
                                 Lisa W. Lee, Deputy City Attorney

                             Attorneys for Defendant
                             CITY OF LOS ANGELES

1

**ATTESTATION STATEMENT**

2     Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories

3  listed, and on whose behalf the filing is submitted, concur in the filing's content and

4  have authorized the filing.

5  DATED:  May 21, 2018          */s/ Susan E. Coleman*

6                                Susan E. Coleman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28