MICHAEL N. FEUER, City Attorney - SBN 111529
THOMAS H. PETERS, Chief Assistant City Attorney – SBN 163388
CORY M. BRENTE, Assistant City Attorney – SBN 115453
LISA W. LEE, Deputy City Attorney – SBN 186495
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7032
Fax No.:    (213) 978-8785
Email: lisa.lee@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendant
HECTOR ALMEDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE BARRAGAN, as Personal Representative of the Estate of FRED BARRAGAN and individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a Governmental Entity; HECTOR ALMEDA, individually; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:17-cv-04364-R-AGR<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Pretrial Conference<br>Date:    June 11, 2018<br>Time:    11:00 a.m.<br>Ctrm.:   880<br>Judge    Hon. Manuel L. Real<br><br>Trial Date: July 11, 2018 |

Pursuant to Local Rule 16-5, Defendants respectfully submit the following list of witnesses who may be called at trial:

///

# DEFENDANTS' WITNESS LIST

Defendants reserve the right to call any of the witnesses identified on Plaintiffs' witness list. Defendants reserve their right to call any additional witnesses as necessary for impeachment or rebuttal purposes as allowed by the Local Rules of Court.

| Witness Name | Direct | Cross | Description of Testimony |
|---|---|---|---|
| 1. Officer Hector Almeda | 2 hours | | Defendant officer involved in use of force |
| 2. Officer David Manriquez | 2 hours | | Percipient witness to facts leading up to use of force; LAPD partner officer to Defendant officer, handcuffed Barragan |
| 3. Officer A. Maldonado | 30 mins | | Percipient witness, LAPD officer who responded to scene, assisted in handcuffing Barragan, assisted in search/recovery of Barragan's gun, assisted in perimeter |
| 4. Officer Ethan Sillers | 30 mins | | Percipient witness, LAPD officer who responded to scene, assisted in handcuffing Barragan, assisted in search/recovery of Barragan's gun |
| 5. LAPD Sgt. Eric Yerkey | 15 mins | | Percipient witness, LAPD sergeant who broadcasted shots fired regarding initial gang shooting |
| 6. Antonio Rodriguez | 1 hour | | Percipient witness, civilian who was seen running with Barragan from gang shooting |
| 7. Nora Puga | 20 mins | | Percipient witness, civilian witness to original gang shooting, witness to use of force |
| 8. Jose Victorino | 20 mins | | Percipient witness, civilian |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4813-9630-9094 v1

- 2 -

CASE NO.: 2:17-CV-04364-R-AGR
DEFENDANTS' WITNESS LIST

| Witness Name | Direct | Cross | Description of Testimony |
|---|---|---|---|
|  |  |  | witness to use of force |
| 9. Tomas Carillo | 20 mins |  | Percipient witness, civilian witness to use of force |
| 10. Maria Ruelas | 20 mins |  | Percipient witness, civilian witness to use of force |
| 11. OJ Torres | 20 mins |  | Percipient witness, civilian witness to use of force |
| 12. Rene Campos | 20 mins |  | Percipient witness, civilian witness to use of force |
| 13. LAPD Criminalist Jane Kwon* | 10 mins |  | Criminalist who conducted testing on evidence recovered |
| 14. LAPD Criminalist Annette Woiwode* | 10 mins |  | 20 mins, Criminalist who conducted test firing of Officer Almeda's pistol |
| 15. LAPD Criminalist Kathleen Alvarado | 30 mins |  | Criminalist responded to scene, examined forensic evidence at scene of gang shooting and OIS, evidence collection and analysis, bullet path analysis |
| 16. FSD Criminalist Matie Donnelly * | 10 mins |  | Criminalist who conducted DNA analysis on Barragan's pistol |
| 17. Caitlin Miller, Los Angeles County Department of Medical Examiner – Coroner | 15 mins |  | Conducted testing for toxicology re body of Fred Barragan, confirmed alcohol |
| 18. Gus Valdivia, Los Angeles County Department of Medical Examiner – Coroner* | 20 mins |  | Information pertaining to autopsy of Fred Barragan |
| 19. Kristin McGuire, Los Angeles County Department of Medical Examiner – | 30 mins |  | Information pertaining to autopsy of Fred Barragan |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4813-9630-9094 v1

- 3 -

CASE NO.: 2:17-CV-04364-R-AGR
DEFENDANTS' WITNESS LIST

| Witness Name | Direct | Cross | Description of Testimony |
|---|---|---|---|
| Coroner | | | |
| 20. Dr. David B. Whiteman, M.D., Los Angeles County Department of Medical Examiner – Coroner | 30 mins | | Information pertaining to autopsy of Fred Barragan |
| 21. Mory Nguyen, Los Angeles County Department of Medical Examiner – Coroner* | 20 mins | | Information pertaining to autopsy of Fred Barragan |
| 22. LAPD Sergeant Leonardo Olea * | 15 mins | | LAPD Sgt. responding to shots fired and help call broadcasts |
| 23. LAPD Officer Arturo Avila | 15 mins | | LAPD officer responding to shots fired and help call broadcasts, crowd control at incident scene |
| 24. LAPD Sergeant Jaime Marin | 20 mins | | LAPD Sgt., Pilot, in Air Unit responding to shots fired and help call broadcasts, assisted in locating Barragan's gun |
| 25. LAPD Officer Michael Rodriguez | 20 mins | | Tactical Flight Officer, in Air Unit responding to shots fired and help call broadcasts, assisted in locating Barragan's gun |
| 26. LAPD Officer Christopher Halcomb* | 20 mins | | LAPD officer responding to scene |
| 27. LAPD Officer Juan Gracia | 30 mins | | Percipient witness, LAPD officer who responded to scene, assisted in handcuffing Barragan, assisted in search/recovery of Barragan's gun |
| 28. LAPD Detective Blair Grabriak* | 15 mins | | Detective who conducted FID investigation |
| 29. LAPD Detective | 15 mins | | Detective who conducted FID investigation |

| Witness Name | Direct | Cross | Description of Testimony |
|---|---|---|---|
| Dwain Anderson* | | | |
| 30. Richard Webb, Expert Witness | 2 hours | | Defendants' Police Practices expert, tactics and use of force |
| 31. Rocky Edward, Expert Witness | 1.5 hours | | Defendants' Ballistics, Trajectory, Reconstruction Expert |
| 32. Justin Wade, Expert Witness | 30 mins | | Defendants' LAPD Police Practices Expert regarding Medical Care |
| 33. Pathologist Fintan Garavan | 30 mins | | Defendants' Expert Witness regarding timing of death, futility of any attempt to render aid |
| 34. LAFD Firefighter/Paramedic Chad Corona | 20 mins | | LAFD paramedic arrived at scene, assessment of Barragan, pronounced death |
| 35. LAFD Firefighter/Paramedic Henry Hsieh* | 20 mins | | LAFD paramedic arrived at scene, assessment of Barragan, pronounced death |
| 36. FSD Criminalist Jacob Seror | 30 mins | | Criminalist who conducted test firing of Barragan's pistol, bullet/cartridge comparison report re Barragan's pistol and casings found at gang shooting |
| 37. LA Dept. of Coroner, Senior Criminalist Debra Gibson | 20 mins | | Criminalist who conducted GSR testing on Barragan's hands |
| 38. TID Forensic Print Specialist Arthur Gerio* | 10 mins | | Criminalist who conducted latent print analysis on Barragan's pistol |
| 39. Eugene Vanderpol, or other Biomechanical Expert | 30 mins | | Biomechanical assessment of body movement in conjunction with tossing firearm over fence. |

*Denotes witnesses that may be called if needed

Defendants reserve the right to call any additional witnesses as necessary for impeachment or rebuttal purposes as allowed by the Local Rules of Court

| | | |
|---|---|---|
| Dated: May 21, 2018 | | BURKE, WILLIAMS & SORENSEN, LLP |
| | | By: */s/ Susan E. Coleman* <br> Susan E. Coleman |
| | | Attorneys for Defendant <br> HECTOR ALMEDA |
| Dated: May 21, 2018 | | MICHAEL N. FEUER, City Attorney <br> THOMAS H. PETERS, Chief Assistant City Attorney <br> CORY M. BRENTE, Senior Assistant City Attorney |
| | | By: */s/ Lisa W. Lee* <br> Lisa W. Lee, Deputy City Attorney |
| | | Attorneys for Defendant <br> CITY OF LOS ANGELES |

## ATTESTATION STATEMENT

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 21, 2018        */s/ Susan E. Coleman*
                                              Susan E. Coleman