# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE BARRAGAN, as Personal Representative of the Estate of FRED BARRAGAN and individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; a Government Entity; HECTOR ALMEDA, individually; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:17-cv-04364-R-AGR<br>Assigned to Hon. Manuel L. Real, Ctrm. 880, Roybal<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>**[Filed concurrently with Stipulation For Dismissal of Entire Action]** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action against all Defendants **CITY OF LOS ANGELES** and **HECTOR ALMEDA** are dismissed with prejudice in its entirety. Each party to bear their own costs and fees. This dismissal does not constitute an adjudication on the merits.

DATE: November 27, 2018

_____
Honorable Judge Manuel L. Real
United States District Court Judge